IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| State Farm Fire and Casualty Company, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>First Financial of Charleston, Inc., and Otha )<br>Delaney, individually and on behalf of all )<br>others similarly situated, )<br>)<br>Defendants. ) | **NOTICE OF FILING**<br><br>C.A. No. 2:23-cv-00263-RMG |

Plaintiff, State Farm Fire and Casualty Company, by and through its undersigned counsel, hereby files the Waiver of the Service of Summons executed by counsel for First Financial of Charleston, Inc. (Exhibit 1).

February 10, 2023

s/Jennifer E. Johnsen
Jennifer E. Johnsen (Fed. ID No. 5427)
Natalie R. Ecker (Fed. ID No. 12931)
GALLIVAN, WHITE & BOYD, P.A.
Post Office Box 10589
55 Beattie Place, Suite 1200
Greenville, SC 29603
(864) 271-9580
(864) 271-7502 (facsimile)
jjohnsen@gwblawfirm.com
eckern@gwblawfirm.com

Attorneys for Plaintiff,
State Farm Fire and Casualty Company