# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| State Farm Fire and Casualty Company, | ) |
| Plaintiff, | ) **PLAINTIFF'S OPPOSITION TO** |
| | ) **DEFENDANT FIRST FINANCIAL OF** |
| vs. | ) **CHARLESTON, INC.'S RESPONSE IN** |
| | ) **SUPPORT OF AND JOINDER IN** |
| | ) **DEFENDANT OTHA DELANEY'S** |
| First Financial of Charleston, Inc. and Otha | ) **MOTION FOR PARTIAL JUDGMENT** |
| Delaney, individually and on behalf of all | ) **ON THE PLEADINGS** |
| others similarly situated, | ) |
| | ) C.A. No. 2:23-cv-00263-RMG |
| Defendants. | ) |

Defendant First Financial of Charleston, Inc. ("First Financial") filed a Response in Support of Defendant Otha Delaney's ("Delaney") Motion for Partial Judgment on the Pleadings and Joinder in said Motion [D.E. #33]. Specifically, First Financial supports and joins in Delaney's request that the Court declare Plaintiff State Farm Fire and Casualty Company ("State Farm") has a continuing duty to defend First Financial and to dismiss without prejudice the parties' claims regarding indemnity. [*See* D.E. #33]. First Financial does not provide any new or additional basis in support of the requested relief. [*See id*.].

To the extent State Farm is required to respond to First Financial's filing, State Farm incorporates herein its Memorandum in Support of its Motion for Partial Judgment on the Pleadings and in Opposition to Delaney's Motion for Partial Judgment on the Pleadings [D.E. #32]. For the reasons set forth in State Farm's memorandum [D.E. #32], Delaney's and First Financial's request for relief should be denied.

s/Jennifer E. Johnsen
Jennifer E. Johnsen (Fed. Bar No. 5427)

2

        Natalie Ecker (Fed. Bar No. 12931)
        GALLIVAN, WHITE & BOYD, P.A.
        P.O. Box 10589
        Greenville, SC  29603
        (864) 271-9580

        AND

        Robert W. Whelan (Fed. Bar No. 9242)
        Charles R. Norris (Fed. Bar No. 2549)
        WHELAN MELLEN & NORRIS, LLC
        89 Broad Street
        Charleston, SC 29401
        (843) 998-7099

November 10, 2023         Attorneys for Plaintiff,
        State Farm Fire and Casualty Company

2